USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/12/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

VICTOR LOPEZ, *individually and on behalf of others similarly situated*,

          Plaintiff,

-against-

30 KENMARE HOTEL, INC.,

          Defendant.

-----------------------------------------------------------x

19-CV-2718 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

Dated:    **June 12, 2019**
             **New York, New York**

                                      **HON. ANDREW L. CARTER, JR.**
                                      **United States District Judge**