USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/4/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VICTOR LOPEZ, ON BEHALF OF HIMSELF : No.: 1:19-cv-02718
ALL OTHER PERSONS SIMILARLY SITUATED:
: ECF CASE
Plaintiff, :
: **Stipulation of Dismissal**
v. :
:
30 KENMARE HOTEL, INC. D/B/A THE :
NOLITAN HOTEL :
:
Defendant. :
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, VICTOR LOPEZ, and Defendant, 30 KENMARE HOTEL, INC. D/B/A THE NOLITAN HOTEL, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       October 3, 2019

**BELKIN BURDEN WENIG &**                          **GOTTLIEB & ASSOCIATES**
**GOLDMAN, LLP**

_____                    _____
Brian Bendy, Esq.                                  Jeffrey M. Gottlieb, Esq.
270 Madison Avenue                                 150 East 18th Street, Suite PHR
New York, NY 10016                                 New York, New York 10003
(212) 867-4466                                     (212) 228-9795
Attorneys for Defendant                            Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge
October 4, 2019